# EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS

**EXHIBIT C**

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-18910 BB
**Case Name:** DIPASQUO, JUDITH C
**Taxpayer ID #:** 38-6859904
**Period Ending:** 12/12/08

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****25-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/29/08 | {5} | Judith DiPasquo | Liquidation of stock | 1129-000 | 10,964.24 | | 10,964.24 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.25 | | 10,965.49 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.19 | | 10,966.68 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.86 | | 10,967.54 |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 10,967.54 | 0.00 | $10,967.54 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 10,967.54 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$10,967.54** | **$0.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-*****25-65 | 10,967.54 | 0.00 | 10,967.54 |
| | **$10,967.54** | **$0.00** | **$10,967.54** |