UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Judith C. Dipasquo, | ) | CASE NO.  08 B 18910 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON.  Bruce W. Black. |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:**   **Deborah Kanner Ebner, Esq.
Law Offices of Deborah Kanner Ebner
11 East Adams
Suite 800
Chicago, IL 60603
Registrant's e-mail: DKEbner@aol.com**


**Please Take Notice** that on **December 29, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

WILLIAM T. NEARY
UNITED STATES TRUSTEE


DATED: December 29, 2008          BY: /s/ Dean C. Harvalis
                                  Dean C. Harvalis, Assistant U.S. Trustee
                                  OFFICE OF THE U.S. TRUSTEE
                                  219 South Dearborn Street, Room 873
                                  CHICAGO, ILLINOIS  60604
                                  (312) 886-5783


**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on December 29, 2008.

/s/ Dean C. Harvalis