0UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re ) Chapter 7
)
**JUDITH C. DIPASQUO,** ) Case No. 08-18910 BWB
)
Debtor(s). ) Hon. **BRUCE W. BLACK**

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: Will County Court Annex, 57 North Ottawa Street, Joliet IL 60432, Room 201

   On: **February 13, 2009**   Time: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $10,967.54 |
   | Disbursements | $0.00 |
   | Net Cash Available for Distribution | $10,967.54 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Deborah K. Ebner, Trustee | 0.00 | $1,081.61 | $24.20 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| none | | | |

6. Claims of general unsecured creditors totaling $3,218.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Receivable Management Systems Corp. | $918.33 | $925.78 |
| 2 | Target National Bank | $527.22 | $ 531.50 |
| 3 | LVNV Funding LLC | $1,773.61 | $1,787.54 |
| Surplus | Dispasquo, Judith C. | $6,616.91 | $ 6,616.91 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, Dirksen Federal Courthouse, 219 South Dearborn, 7th Floor, Chicago, IL 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposes to abandon the following property at the hearing: None.

Dated: **January 8, 2009**                         For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
CLERK OF BANKRUPTCY COURT
219 South Dearborn Street, 7th Floor
Chicago, IL  60604

| | |
|---|---|
| Trustee: | Deborah Kanner Ebner |
| | Law Offices of Deborah Kanner Ebner |
| Address: | 11 East Adams Street |
| | Suite 800 |
| | Chicago, IL  60603-0000 |
| Phone No.: | (312) 922-3838 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7               Page 1 of 1              Date Rcvd: Jan 08, 2009
Case: 08-18910                 Form ID: pdf002           Total Served: 14

The following entities were served by first class mail on Jan 10, 2009.
db          +Judith C DiPasquo,    1077 Chase Trail,    New Lenox, IL 60451-3741
aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
tr          +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
12437150    +Chase Bank USA NA,    P.O. Box 15298,    Wilmington, DE 19850-5298
12437152    +Citibank CBSD NA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
12437153    +HSBC,    c/o Arrow Financial Services,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
12437154    +JC Penney,    LVNV Funding LLC,    P.O. Box 10497,    Greenville, SC 29603-0497
12437155     Kohls Dept. Store,    N56 W17000 Ridge,    Menomonee Falls, WI 53051
12437157    +Palos Emergency Medical Service,    c/o Merchants Credit Guide,    223 W. Jackson Blvd, Suite 900,
              Chicago, IL 60606-6912
12663264    +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
12437158    +Target,    P.O. Box 673,    Minneapolis, MN 55440-0673

The following entities were served by electronic transmission on Jan 09, 2009.
12755149     E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12437156    +E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding LLC,
              P.O. Box 10584,    Greenville, SC 29603-0584
12640972    +E-mail/PDF: rmscedi@recoverycorp.com Jan 09 2009 02:34:57
              Recovery Management Systems Corporation,    For Capital Recovery II,    As Assignee of CARSONS,
              25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12437151*   +Chase Bank USA NA,    P.O. Box 15298,    Wilmington, DE 19850-5298
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2009**          **Signature:** _Joseph Speetjens_